**Order entered July 11,  2016**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-16-00259-CV

### IN THE INTEREST OF A.R.R., A CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-11946**

## ORDER

The Court has before it appellant's July 1, 2016 motion, asking us to hold the court reporter in contempt for not filing the reporter's record and noting that he cannot file his brief without reviewing the court reporter's record.  The reporter's record was filed May 23, 2016. Therefore, we **DENY** appellant's motion.

To the extent appellant complains that he cannot file his brief because he cannot access the reporter's record, we **DIRECT** the Clerk to send a copy of the reporter's record to appellant. **Appellant's brief is DUE on or before August 19, 2016.**


/s/     CRAIG STODDART
JUSTICE